In the Matter of LAURA VALDES et al., Respondents, v. MARY G. KRONE et al., Constituting the State Civil Service Commission, et al., Appellants, and JOHN F. STERRETT et al., Intervenors-Respondents-Appellants.— REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds. J.